AO 239 (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)     **FILED**

# UNITED STATES DISTRICT COURT
## for the
### Western District of North Carolina ▾

MAR 09 2018

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY_____ DEP CLK

| | |
|---|---|
| Wanda Stonkute Hudson | ) |
| *Plaintiff/Petitioner* | ) |
| v. | ) |
| TELAMON CORPORATION | ) |
| *Defendant/Respondent* | ) |

Civil Action No. 5:18-CV-00096-FL

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
### (Long Form)

**Affidavit in Support of the Application**

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested. I declare under penalty of perjury that the information below is true and understand that a false statement may result in a dismissal of my claims.

Signed: *Wanda Hudson*

**Instructions**

Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.

Date: _____03/08/2018_____

1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly income amount during the past 12 months | | Income amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ 700.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Self-employment | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Income from real property *(such as rental income)* | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Interest and dividends | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Gifts | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Alimony | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Child support | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

AO 239 (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

| | | | | |
|---|---|---|---|---|
| Retirement *(such as social security, pensions, annuities, insurance)* | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Disability *(such as social security, insurance payments)* | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Unemployment payments | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Public-assistance *(such as welfare)* | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Other *(specify)*: | $ 194.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| **Total monthly income:** | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

2.    List your employment history for the past two years, most recent employer first. *(Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| Telamon Corporation | | Jan 17, 2017 - June 08, 2017 | $ 3,500.00 |
| VOA | | Jan, 2016 - May 24, 2016 | $ 1,200.00 |

3.    List your spouse's employment history for the past two years, most recent employer first. *(Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| N/A | N/A | N/A | $ 0.00 |
| | | | $ |
| | | | $ |

4.    How much cash do you and your spouse have? $    50.00

Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial institution | Type of account | Amount you have | Amount your spouse has |
|---|---|---|---|
| State Employees Credit Union | checking | $ 40.00 | $ |
| | | $ | $ |
| | | $ | $ |

If you are a prisoner, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

AO 239 (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

5.     List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.

| Assets owned by you or your spouse | |
|---|---|
| Home *(Value)* | $ 0.00 |
| Other real estate *(Value)* | $ 0.00 |
| Motor vehicle #1 *(Value)* | $ 2,000.00 |
| Make and year:   Honda Accord 2002 | |
| Model:          LX | |
| Registration #: | |
| Motor vehicle #2 *(Value)* | $ 0.00 |
| Make and year:   2002 | |
| Model: | |
| Registration #: 778 780 1033 55115 | |
| Other assets *(Value)* | $ 0.00 |
| Other assets *(Value)* | $ 0.00 |

6.     State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| Telomon Corporation owning PTO | $ 0.00 | $ 0.00 |
| and overtime pay, rest half of the | $ | $ |
| year pay, daily allowancedamages. | $ | $ |

7.     State the persons who rely on you or your spouse for support.

| Name (or, if under 18, initials only) | Relationship | Age |
|---|---|---|
| N/A | N/A | 0 |
| | | |
| | | |

AO 239 (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

8.  Estimate the average monthly expenses of you and your family.  Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.

| | You | Your spouse |
|---|---|---|
| Rent or home-mortgage payment *(including lot rented for mobile home)*<br>Are real estate taxes included?  ☐ Yes  ☑ No<br>Is property insurance included?  ☐ Yes  ☐ No | $ 400.00 | $ 0.00 |
| Utilities *(electricity, heating fuel, water, sewer, and telephone)* | $ 75.00 | $ 0.00 |
| Home maintenance *(repairs and upkeep)* | $ 0.00 | $ 0.00 |
| Food | $ 194.00 | $ 0.00 |
| Clothing | $ 0.00 | $ 0.00 |
| Laundry and dry-cleaning | $ 20.00 | $ 0.00 |
| Medical and dental expenses | $ 100.00 | $ 0.00 |
| Transportation *(not including motor vehicle payments)* | $ 120.00 | $ 0.00 |
| Recreation, entertainment, newspapers, magazines, etc. | $ 0.00 | $ 0.00 |
| Insurance *(not deducted from wages or included in mortgage payments)* | | |
| Homeowner's or renter's: | $ 0.00 | $ 0.00 |
| Life: | $ 0.00 | $ 0.00 |
| Health: | $ 0.00 | $ 0.00 |
| Motor vehicle: | $ 50.00 | $ 0.00 |
| Other: | $ | $ |
| Taxes *(not deducted from wages or included in mortgage payments) (specify)*: | $ | $ |
| Installment payments | | |
| Motor vehicle: | $ 0.00 | $ 0.00 |
| Credit card *(name)*: | $ 0.00 | $ 0.00 |
| Department store *(name)*: | $ 0.00 | $ 0.00 |
| Other: | $ 0.00 | $ 0.00 |
| Alimony, maintenance, and support paid to others | $ 0.00 | $ 0.00 |

AO 239 (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

| | | |
|---|---|---|
| Regular expenses for operation of business, profession, or farm *(attach detailed statement)* | $ 0.00 | $ 0.00 |
| Other *(specify)*: Ink, paper, certified mailing, body care, ect varies | $ 200.00 | $ |
| **Total monthly expenses:** | $ 0.00 | $ 0.00 |

9.  Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?

    ☑ Yes  ☐ No     If yes, describe on an attached sheet.

10. Have you spent — or will you be spending — any money for expenses or attorney fees in conjunction with this lawsuit?  ☑ Yes  ☐ No

    If yes, how much?  $ _____ 250.00 _____

11. Provide any other information that will help explain why you cannot pay the costs of these proceedings.
    I lost my job due to this pretext involuntarily termination injury that not only aggravated my injuries and trauma but placed me in an acute depression and semi-comas and blackouts without medical access or place to live, which enable me from working any job. I am renting storage/office and live off my car. I spent my savings made until June 2017 from this employment and sold a lot of my belongings just in order to survive. My condition and situation are deteriorating. It could be end of everything. I pray for a miracle.

12. Identify the city and state of your legal residence.
    Morrisville, NC 27560


    Your daytime phone number:        (919) 386-6912

    Your age: ___ 51 ___    Your years of schooling: ___ 18 ___

0006    0001658
P.O. BOX 46833
RALEIGH, NC 27620



**Case Identifier:** 206838977
**Worker:** Samantha May
**Date Generated:** 02-19-2018
**Due Date:**

PRESORT ********* AUTO

WAKE COUNTY DSS
P.O. BOX 46833
RALEIGH, NC 27620

WANDA HUDSON
PO BOX 473
MORRISVILLE NC 27560-0473

# NORTH CAROLINA DEPARTMENT OF HEALTH AND HUMAN SERVICES
## Division of Social Services(DSS)
## Notice of Eligibility, Denial, or Pending Status

We are writing to tell you about the action we've taken on your Food and Nutrition Services case. If you have been approved to receive Public Assistance and/or SSI benefits or benefits from a State or local General Assistance program let your local agency know. We've explained our action below.

Your household is eligible for Food and Nutrition Services (FNS) from 03-01-2018 to 08-31-2018. Your monthly benefit amount is now $192.

If you have questions, please call your caseworker, Samantha May , at (919-) 848-5362

You can have a fair hearing of your case if you do not agree with our decision. You must request a hearing no later than 05-20-2018 . In addition, if you have been certified, you can request a hearing at any time to dispute your current level of benefits. To request a fair hearing, call the Food and Nutrition Services office at (919-) 212-7000 or fill out and return the third page of this form. You can also call this number if you want to know more about how a fair hearing works. Free legal advice is available. Contact Legal Aid of North Carolina office. Street: 224 South Dawson St. Raleigh, NC 27601. Mailing: PO Box 26087 Raleigh, NC 27611 1-866-219-5262.

The Food and Nutrition Services (FNS) Program, formerly known as Food Stamps has a work requirement for some adults. **Some** adults may only receive FNS **for 3 months**, unless they are working.

## YOU ARE NOT REQUIRED TO WORK TO GET FNS IF YOU ARE:

- Applying for or receiving unemployment benefits

- Getting Refugee or Work First Assistance

- A student in school at least half time and meeting student requirements

- Caring for an incapacitated person (who does not have to live with you)

- Operating a Home School at least 30 hours weekly

- Under the age of 18 or at least 50 years old

- Pregnant

- Physically or mentally unfit for work (even temporarily)

- Part of an FNS household with a child under 18 (even if the child is not eligible for FNS)

- In a drug or alcohol treatment program

- Unable to work due to Alcohol/Drug dependence (even if not in treatment)

- Chronic Homeless – Living in a Homeless Shelter or living on the street and unfit for employment due to chronic homelessness

**If none of the above exceptions are met, you must be working an average of 20 hours per week, in any combination of the following:**

- Paid Work (including your own business, even if you are making no money right now);
- Volunteering with a public, private or nonprofit agency such as Food Banks, Food Pantries, Schools, or Religious Organizations; or
- An approved Employment and Training (E&T) program.

**If you have been denied FNS because you were not meeting the work requirement, you may be able to get FNS for at least three more months if you:**

- Worked 80 hours in any 30-day period since you lost your FNS;
- Have started working, volunteering, or job training; or
- Are now unable to work or meet one of the other exceptions to the rule listed above.

Case 5:18-cv-00096-FL    Document 1    Filed 03/09/18    Page 7 of 9

EEOC Form 161 (11/16)

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

| To: | Wanda Hudson<br>P.O. Box 473<br>Morrisville, NC 27560 | From: | Raleigh Area Office<br>434 Fayetteville Street, Suite 700<br>Raleigh, NC 27601 |
|-----|-----|-----|-----|

☐ *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|-----|-----|-----|
| 433-2018-00772 | Johnnie M. Barrett,<br>Senior Federal Investigator | (919) 856-4087 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☒ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☐ The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

☐ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐ Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years)** before you file suit may not be collectible.

On behalf of the Commission

*Johnnie M. Barrett*                     12-11-17

Enclosures(s)

Thomas M. Colclough,                     *(Date Mailed)*
Deputy Director

cc:     **Kierson Robins**
        **Human Resources Director**
        **TELAMON COPERATION**
        **5560 Munford Rd**
        **Raleigh, NC 27601**

Enclosure with EEOC
Form 161 (11/16)

## INFORMATION RELATED TO FILING SUIT
## UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court under Federal law.*
*If you also plan to sue claiming violations of State law, please be aware that time limits and other*
*provisions of State law may be shorter or more limited than those described below.)*

**PRIVATE SUIT RIGHTS** -- **Title VII of the Civil Rights Act, the Americans with Disabilities Act (ADA), the Genetic Information Nondiscrimination Act (GINA), or the Age Discrimination in Employment Act (ADEA):**

In order to pursue this matter further, you must file a lawsuit against the respondent(s) named in the charge **within 90 days of the date you *receive* this Notice.** Therefore, you should **keep a record of this date.** Once this 90-day period is over, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and its envelope, and tell him or her the date you received it. Furthermore, in order to avoid any question that you did not act in a timely manner, it is prudent that your suit be filed **within 90 days of the date this Notice was *mailed* to you** (as indicated where the Notice is signed) or the date of the postmark, if later.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. (Usually, the appropriate State court is the general civil trial court.) Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. Filing this Notice is not enough. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Courts often require that a copy of your charge must be attached to the complaint you file in court. If so, you should remove your birth date from the charge. Some courts will not accept your complaint where the charge includes a date of birth. Your suit may include any matter alleged in the charge or, to the extent permitted by court decisions, matters like or related to the matters alleged in the charge. Generally, suits are brought in the State where the alleged unlawful practice occurred, but in some cases can be brought where relevant employment records are kept, where the employment would have been, or where the respondent has its main office. If you have simple questions, you usually can get answers from the office of the clerk of the court where you are bringing suit, but do not expect that office to write your complaint or make legal strategy decisions for you.

**PRIVATE SUIT RIGHTS** -- **Equal Pay Act (EPA):**

EPA suits must be filed in court within 2 years (3 years for willful violations) of the alleged EPA underpayment: back pay due for violations that occurred **more than 2 years (3 years) before you file suit** may not be collectible. For example, if you were underpaid under the EPA for work performed from 7/1/08 to 12/1/08, you should file suit before 7/1/10 – *not* 12/1/10 -- in order to recover unpaid wages due for July 2008. This time limit for filing an EPA suit is separate from the 90-day filing period under Title VII, the ADA, GINA or the ADEA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA or the ADEA, in addition to suing on the EPA claim, suit must be filed within 90 days of this Notice and within the 2- or 3-year EPA back pay recovery period.

**ATTORNEY REPRESENTATION** -- **Title VII, the ADA or GINA:**

If you cannot afford or have been unable to obtain a lawyer to represent you, the U.S. District Court having jurisdiction in your case may, in limited circumstances, assist you in obtaining a lawyer. Requests for such assistance must be made to the U.S. District Court in the form and manner it requires (you should be prepared to explain in detail your efforts to retain an attorney). Requests should be made well before the end of the 90-day period mentioned above, because such requests do not relieve you of the requirement to bring suit within 90 days.

**ATTORNEY REFERRAL AND EEOC ASSISTANCE** -- **All Statutes:**

You may contact the EEOC representative shown on your Notice if you need help in finding a lawyer or if you have any questions about your legal rights, including advice on which U.S. District Court can hear your case. If you need to inspect or obtain a copy of information in EEOC's file on the charge, please request it promptly in writing and provide your charge number (as shown on your Notice). While EEOC destroys charge files after a certain time, all charge files are kept for at least 6 months after our last action on the case. Therefore, if you file suit and want to review the charge file, **please make your review request within 6 months of this Notice.** (Before filing suit, any request should be made within the next 90 days.)

***IF YOU FILE SUIT, PLEASE SEND A COPY OF YOUR COURT COMPLAINT TO THIS OFFICE.***