UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| WANDA S. HUDSON ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | **JUDGMENT** |
| ) | 5:18-cv-96-FL |
| TELAMON CORPORATION ) | |
| Defendant. ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the Order and Memorandum and Recommendation of the United States Magistrate Judge.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered October 9, 2018, and for the reasons set forth more specifically therein, that this action is dismissed. The plaintiff shall have and recover nothing from this action.

**This Judgment Filed and Entered on October 9, 2018, and Copies To:**
Wanda Hudson (via US mail) P O Box 473, Morrisville, NC 27560.

October 9, 2018                PETER A. MOORE, JR., CLERK

                 /s/ Sandra K. Collins
                (By) Sandra K. Collins, Deputy Clerk