UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| WANDA S. HUDSON, ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | **JUDGMENT** |
| ) | |
| ) | No. 5:18-CV-96-FL |
| TELAMON CORPORATION ) | |
|     Defendant. ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, upon mandate of the United States Court of Appeals for the Fourth Circuit and the remand to the district court with instructions to allow Plaintiff to amend her complaint.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered May 21, 2019, and upon plaintiff's failure to amend her complaint, that this case is dismissed WITH PREJUDICE.

**This Judgment Filed and Entered on June 18, 2019, and Copies To:**
Wanda S. Hudson (via U.S. Mail) P O Box 473, Morrisville, NC 27560

June 18, 2019                    PETER A. MOORE, JR., CLERK

                                       /s/ Sandra K. Collins
                                       (By) Sandra K. Collins, Deputy Clerk